JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KELVIN EVERETT, | ) | NO. CV 12-9781-JFW(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| MATTHEW CATE, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: July 11, 2013.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE